

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00048-CV

Buddy **CASTEEL** and Jaret Brandon Casteel,
Appellants

v.

Amelia **STAYTON**,
Appellee

From the County Court, Real County, Texas
Trial Court No. 2014-0138-CC
Honorable Garry A. Merritt, Judge Presiding

PER CURIAM

Sitting:　　Sandee Bryan Marion, Chief Justice
　　　　　　Karen Angelini, Justice
　　　　　　Jason Pulliam, Justice

Delivered and Filed:　March 25, 2015

DISMISSED FOR WANT OF JURISDICTION

On February 15, 2015, the trial court granted a new trial on its own motion in the above styled and numbered cause. Therefore, from this court's initial review of the record it appeared appellant has no right of appeal. For this reason, on February 23, 2015, this court ORDERED appellant to withdraw the appeal or show cause in writing why this appeal should not be dismissed on this court's own motion, on or before March 6, 2015. Appellant did not respond.

The appeal is DISMISSED. *See* TEX. R. APP. P. 42.3.

PER CURIAM